```
                                          FILED
                                  2017 JUL 18 PM 3:23
                                  CLERK U.S. DISTRICT COURT
                                   CENTRAL DIST. OF CALIF.
                                        LOS ANGELES
                                  BY_____
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>MICHAEL POTERE,<br><br>    Defendant. | CR No. 17 **CR17-0446**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1951(a): Extortion and Attempted Extortion Affecting Interstate Commerce; 18 U.S.C. § 875(d): Transmitting Threatening Communications with Intent to Extort] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1951(a)]

Beginning on or about May 16, 2017, and continuing to on or about June 22, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant MICHAEL POTERE ("POTERE"), knowingly and with the intent to obtain property, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by extortion, as those terms are defined in Title 18, United States Code, Section 1951, in that defendant POTERE knowingly attempted to

obtain property consisting of at least $200,000 from victim D.L.F., with victim D.L.F.'s consent, induced by the wrongful use of fear, by threatening to cause economic harm by distributing confidential and sensitive D.L.F. documents to a legal blog website, if victim D.L.F. refused to transfer money, a piece of artwork, and other items of value to defendant POTERE.

COUNT TWO

[18 U.S.C. § 875(d)]

On or about May 17, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant MICHAEL POTERE ("POTERE"), with the intent to extort money and things of value from victim D.L.F., knowingly transmitted in interstate and foreign commerce telephone communications that contained a true threat to injure the property and reputation of victim D.L.F., that is, defendant POTERE threatened to distribute confidential and sensitive information about victim D.L.F. to a legal blog website, if victim D.L.F. refused to transfer money, a piece of artwork, and other items of value to defendant POTERE.

A TRUE BILL

/S/
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFF MITCHELL
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section