# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:17-CR-00446                 Recorder: CS 07/20/2017                 Date: 07/20/2017

Present: The Honorable John E. McDermott, U.S. Magistrate Judge

Court Clerk: ShaRon Anthony                                    Assistant U.S. Attorney: Jeffrey Mitchell

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MICHAEL POTERE<br>    BOND-PRESENT | ASAL AKHONDZADEH<br>    DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge John F. Walter.
It is ordered that the following date(s) and time(s) are set:
        Trial Setting Conference 7/20/2017 at 1:00 PM
        Defendant and counsel are ordered to appear before said judge at the time and date indicated.

        The government shall turn over all discovery to defense counsel. Trial counsel for the government must appear at the trial setting conference.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: SA by TRB

7/20/2017