1 | SANDRA R. BROWN
  | Acting United States Attorney
2 | LAWRENCE S. MIDDLETON
  | Assistant United States Attorney
3 | Chief, Criminal Division
  | JEFF MITCHELL (Cal. Bar No. 236225)
4 | Assistant United States Attorney
  | Deputy Chief, Violent and Organized Crime Section
5 |      1300 United States Courthouse
  |      312 North Spring Street
6 |      Los Angeles, California 90012
  |      Telephone: (213) 894-0698
7 |      Facsimile: (213) 894-3713
  |      E-mail:    jeff.mitchell@usdoj.gov
8
  | Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-446-JFW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MICHAEL POTERE, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The United States may disclose the warrants, supporting affidavits, relevant applications and orders, and seized evidence from Nos. 17-1550M, 17-1800M, and 17-1801M to defendant's counsel of record.

//

//

//

Except as necessary for implementation of this order, the warrants, supporting affidavits, relevant applications and orders, and seized evidence in this matter shall remain sealed until otherwise ordered by this Court.

IT IS SO ORDERED.

July 21, 2017
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
JEFF MITCHELL
Assistant United States Attorney