UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 17-446-JFW**                                         Dated: August 10, 2017

================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Maria Bustillos | Jeff P. Mitchell |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Present |

Interpreter: None

================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Michael Potere                              1)   Asal Akhondzadeh, DFPD
     present on bond                                  present appointed

_____

**PROCEEDINGS:**   HEARING ON STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [Filed 8/7/17, Docket No. 31]

Case called and counsel make their appearance.

Court and counsel discuss status of the case and the Stipulation to Continue Trial Date filed on August 7, 2017.

Court GRANTS joint request to continue trial date.  Government shall file a revised proposed order in accordance with the Court's comments as to available pretrial and trial dates.

- Defendant's Motion(s) filing date - August 31, 2017
- Government's Opposition - September 11, 2017
- Defendant's Reply - September 14, 2017
- Hearing on Motion(s) - September 25. 2017 at 9:00 a.m.
- Final Status Conference - TBD
- Jury Trial - November 14, 2017 at 8:30 a.m.

CC: USPO, PSA, USM

Initials of Deputy Clerk   sr
0/35