**DENIED** without prejudice
BY ORDER OF THE COURT
8/29/17
HON. PAUL L. ABRAMS
U.S. Magistrate Judge

No indication that the surety (the mother) has agreed to or been notified of the modification, or that she consents to having defendant live with her.

1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  ASAL AKHONDZADEH (Bar No. 266792)
   E-Mail: Asal_Akhondzadeh@fd.org
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   MICHAEL POTERE

7

8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                     WESTERN DIVISION

12

13 | UNITED STATES OF AMERICA,          Case No. CR 17-446-JFW

14 |         Plaintiff,

15 |     v.                             **[PROPOSED] ORDER TO MODIFY CONDITIONS OF BOND**

16 | MICHAEL POTERE,

17 |         Defendant.

18

19

20       GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

21  Defendant Michael Potere's conditions of bond is modified, specifically, the condition

22  of Mr. Potere's be restricted to reside and travel only within the District of California.

23  Mr. Potere is shall now be allowed to reside in the District of Massachusetts.

24       IT IS FURTHER ORDERED that all other bond conditions remain in full force.

25

26

27  DATED: _____            By_____
                                  HONORABLE JUDGE PAUL L. ABRAMS
28