UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.   **CR 17-446(A)-JFW**                                              Dated: October 18, 2017
===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Myra Ponce | Jeff P. Mitchell |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

===============================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Michael Potere                              1)   Asal Akhondzadeh, DFPD
     present on bond                                  present appointed

**PROCEEDINGS:**   ARRAIGNMENT, GUILTY PLEA, AND SETTING OF SENTENCING DATE

Case called and counsel make their appearance.

The defendant is arraigned on the Single-Count First Superseding Information filed on October 18, 2017.

Defendant is sworn.

Plea agreement filed on October 18, 2017 is incorporated and made part of the proceeding.

The defendant enters a plea of Guilty to the Single-Count First Superseding Information.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea.  The Court finds that the defendant, Michael Potere, has entered his plea freely and voluntarily, with a full understanding of the charges against him and the consequences of his plea.  The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.  Accordingly, the plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **January 22, 2018 a.m., at 11:00 a.m. for sentencing**.  The Status Conference on October 19, 2017 and the Jury Trial on November 14, 2017 are hereby vacated.

cc:   PSA, USPO, USM

*Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing.  Failure to meet these deadlines is grounds for sanctions.*

Initials of Deputy Clerk   sr
0/25