```
 1  HILARY POTASHNER (Bar No. 167060)
 2  Federal Public Defender
    (E-mail: Hilary_Potashner@fd.org)
 3  ASAL AKHONDZADEH (Bar No.266792)
    (E-Mail: Asal_Akhondzadeh@fd.org )
 4  Deputy Federal Public Defender
 5  321 East 2nd Street
    Los Angeles, California 90012-4202
 6  Telephone: (213) 894-5327
 7  Facsimile: (213) 894-0081

 8  Attorneys for Defendant
    MICHAEL POTERE
 9
```



FILED
CLERK U.S DISTRICT COURT
JAN 10 2018
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL POTERE, <br><br> Defendant. | Case No. CR 17-446-JFW <br><br> **EX PARTE APPLICATION TO FILE UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ASAL AKHONDZADEH** |

Defendant, Michael Potere, by and through his attorney of record, Deputy Federal Public Defender Asal Akhondzadeh, hereby applies *ex parte* to this Court for

//
//
//
//
//
//



LODGED
2018 JAN -8 AM 11:45
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

an Order permitting the document entitled "Defendant's Letter re: Sentencing" to be filed under seal.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED:   January 8, 2018        By: /s/ Asal Akhondzadeh
ASAL AKHONDZADEH
Deputy Federal Public Defender
Attorney for Michael Potere

## MEMORANDUM OF POINTS AND AUTHORITIES

**A.   Legal Authority to Seal Exhibits**

A Court has plenary supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853, (9th Cir. 1987); *In re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256, 1257 (9th Cir. 1979). Information filed with a federal court may be sealed upon a showing that there is good cause or a compelling reason to do so. *See* Fed. R. Civ. P. 5.2(d), (e); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003) (holding that documents submitted in connection with a dispositive motion may be sealed if there is a compelling reason to do so); *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1210 (9th Cir. 2002) (applying good cause standard to request to seal documents and information produced during discovery).

In the United States District Court for the Central District of California, applications to file documents under seal are governed by Local Rule 79-5, which provides in relevant part:

> Except when authorized by statute, federal rule, or the Judicial Conference of the United States, no case or document shall be filed under seal without prior approval by the Court. Where approval is required, a written application and a proposed order shall be presented to the judge along with the document submitted for filing under seal.

L.R. 79-5.1.

**B.   Good Cause for Sealing**

Here, Mr. Potere seeks leave to file "Defendant's Letter re: Sentencing" under seal because the documents contains personal/medical information in the form of sensitive medical information about Mr. Potere and others.

Here, the concerns regarding privacy and privilege far outweigh the minimal value to the public in obtaining the information contained in the documents submitted under seal.

**C.    Plaintiff's Position Re: Sealing**

Plaintiff does not object to the sealing of defendant's "Defendant's Letter re: Sentencing."

For the above stated reasons, defendant respectfully requests that the Court order that "Defendant's Letter re: Sentencing" be filed under seal.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED:    January 8, 2018        By: _____
ASAL AKHONDZADEH
Deputy Federal Public Defender
Attorney for Michael Potere

# **DECLARATION OF ASAL AKHONDZADEH**

I, Asal Akhondzadeh, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent defendant Thomas Paul Torres in the above-entitled action.

2. The document lodged herewith, "Defendant's Letter re: Sentencing" references highly sensitive personal and medical information about Mr. Potere and others. An incomplete copy of this document was filed with Mr. Potere's position paper, labeled as Exhibit M, on December 29, 2017. Due to clerical error, the complete version of this exhibit was not filed on that date and I am seeking to file it now.

3. I informed Assistant United States Attorney ("AUSA") Jeff Mitchell of my intention to file this document under seal. AUSA Mitchell does not object.

4. The defense, therefore, asks this Court to permit the filing of this document *under seal*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: January 8, 2018

ASAL AKHONDZADEH
Deputy Federal Public Defender

# PROOF OF SERVICE

I, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **EX PARTE APPLICATION TO FILE UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ASAL AKHONDZADEH** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [x] E-mailing via the following e-mail addresses: |
|---|---|---|---|

**Jeff Mitchell, AUSA**
1200 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

**Robert Klepa, USPO**
E-mail address:
Robert_Klepa@cacp.uscourts.gov

This proof of service is executed at Los Angeles, California, on January 8, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Maria Aguillon*
**Maria Aguillon**